**REQUIRED STATEMENT**
**TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s) Clarence Vogel    Case No. 17-15743    Chapter 13

All Cases: Moving Creditor WELLS FARGO BANK, N.A.    Date Case Filed 5/22/2017

Nature of Relief Sought: ■ Lift Stay    ☐ Annul Stay    ■ Other (describe) Co-Debtor Stay

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed 08/18/2017

Chapter 7: ☐ No-Asset Report Filed on _____
           ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ■ Home
   b. ☐ Car    Year, Make, and Model _____
   c. ☐ Other (describe) _____

2. Balance Owed as of Petition Date $103,767.60
   Total of all other Liens against Collateral $0.00

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) $113,000.00, per Debtor's Schedules

5. Default
   a. ■ Pre-Petition Default as of petition date
      Number of months 14    Amount $14,445.77

   b. ■ Post-Petition Default
      i. ■ On direct payments to the moving creditor
         Number of months 9    Amount $7,305.22

      ii. ☐ On payments to the Standing Chapter 13 Trustee
         Number of months _____    Amount _____

6. Other Allegations
   a. ☐ Lack of Adequate Protection § 362(d)(1)
      i. ☐ No insurance
      ii. ☐ Taxes unpaid    Amount $ _____
      iii. ☐ Rapidly depreciating asset
      iv. ☐ Other (describe) _____

   b. ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☐ Other "Cause" § 362(d)(1)
      i. ☐ Bad Faith (describe) _____
      ii. ☐ Multiple Filings
      iii. ☐ Other (describe) _____

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm    ii. ☐ Redeem    iii. ☐ Surrender    iv. ■ No Statement of Intention Filed

Date: February 5, 2021                          /s/ Terri M. Long
(Rev. 12/21/09)                                         Counsel for Movant